IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                                      5:20-cr-57-RBD-PRL

CHAUNCY STACKHOUSE,
    Defendant.
_____

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Local Rule 1.02, Middle District of Florida, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea agreement and the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. The defendant is in custody of the U.S. Marshal pending sentencing.

Date: March 25, 2021

Copies furnished to:

Honorable Roy B. Dalton, Jr.
District Judge Courtroom Deputy
United States Attorney
United States Probation Office
Counsel for Defendant

_____
PHILIP R. LAMMENS
United States Magistrate Judge

**NOTICE**

      Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.