**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.                                                                         CASE NO: 5:20-cr-57-RBD-PRL

CHAUNCY STACKHOUSE

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT AND**
**NOTICE OF SENTENCING**

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 53) entered by the Honorable Philip R. Lammens, United States Magistrate Judge, to which no objections have been filed and the time to do so has now passed. The Court hereby accepts the Defendant's plea of guilty to Count One of the Indictment, and the Defendant is adjudged guilty of this offense.

**SENTENCING** for the Defendant is hereby scheduled for **Tuesday, July 13, 2021 at 10:30 AM** before the undersigned in the United States Courthouse, Courtroom 3A, Third Floor, 207 Northwest Second Street, Ocala, Florida 34475.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 9, 2021.



ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record
           United States Marshal Service